APR 25 2025 AM8:20
FILED – USDC – NDTX – LU

**Richard-Myron: of the family Jones**
Executor, Beneficiary & Secured Party Creditor
RICHARD JONES TR



**April 21st, 2025**

**To:**
Clerk of Court
United States District Court
Northern District of Texas – Lubbock Division
1205 Texas Avenue, Room 209
Lubbock, TX 79401

---

**RE: Verified Complaint Filing – Richard-M: Jones v. Alliance Credit Union**
**Private Trust Enforcement & Commercial Remedy**

---

Dear Clerk of Court,

Enclosed is a **Verified Complaint** with supporting exhibits, filed in good faith and in honor, by the living man and authorized Executor of the private trust styled **RICHARD JONES**.

This action is not filed in the spirit of initiating a public civil dispute, but rather to **enforce what already stands as truth in law, equity, and commerce**, based on unrebutted affidavits, perfected security instruments, and commercial dishonor by the named entity.

Also enclosed is a **Notice of Status Clarification**, accompanied by my **Claim of Life** dated February 14, 2025, for the court's record and acknowledgment. This affirms my lawful standing as **a living man, secured party creditor, and trust executor**, and removes any presumption of wardship, corporate status, or debtor liability in this matter.

I respectfully request the court docket this action, assign a case number, and provide confirmation of receipt and next steps. Should any fees or further forms be required, please advise accordingly—I am prepared to submit an In Forma Pauperis application upon request.

Thank you for your attention and proper handling of this matter.

Respectfully and without prejudice,

**/s/ Richard-Myron: of the family Jones**
Executor, Secured Party Creditor
RICHARD JONES TR

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

# DISTRICT OF TEXAS LUBBOCK DIVISION

---

**Richard-M: Jones,** Authorized Representative and Secured Party of RICHARD

JONES TR, Private Trust

Plaintiff,

v. Civil Action No. _____

**Alliance Credit Union,**

**Robert St. Clair,** Attorney for Alliance Credit Union

**Amber Cook,** Employee of Alliance Credit Union

Defendants.

## TABLE OF CONTENTS

Verified Complaint Title ………………………………………………… 3

Preliminary Statement ………………………………………………… 3, 4

Jurisdiction & Venue ………………………………………………… 4

Parties ………………………………………………………… …………5

Statement of Facts………………………………………….................... 5, 6

Causes of Action…………………………………………………… 6, 7

Relief Requested …………………………………………………….7, 8

Signature Block …………………………………………………… 8

Verification Clause …………………………………………………… 9

Exhibits………………………………………………………………… 10,

   o  Notarized Affidavit of Truth (**Submitted** 12/20/24 **Unanswered**) …..…………EXHBIT A

   o  Demand letter Breach of Contract (**Submitted** 1/23/25)……….…. ………..EXHIBIT B

   o  Order granting dismissal baseless cause of action (**Granted** 1/31/25)………..EXHIBIT C

   o  Default and dishonor Affidavit (**Submitted** 4/2/25 **Unanswered**) ……………EXHIBIT D

   o  Rule 36 Request for Admissions (**Submitted** 3/25/25 **Unanswered**)…………EXHIBIT E

   o  Motion to Enter Default judgement (**Submitted** 4/2/25 **Denied** 4/9/25)……...EXHIBIT F

   o  Appellants reply brief (Submitted 3/25/25 **No Response**)…………………… EXHIBIT G

   o  Appeal court default judgement (**Denied** 4/14/25)…………………. ,,,,,,,,,,EXHIBIT H

   o  Fee Schedule nonperformance & dishonor (**Submitted** 4/2/25 **Unanswered**).. EXHIBIT I

   o  Commercial Ledger of Damages (**Submitted** 4/2/25 **Unanswered**)…………..EXHIBIT J

   o  Public Interest and Equity Demand (**Submitted** 3/28/25 **Unanswered**)………EXHIBIT K

   o  Notice Claim of lien (**Submitted** 4/2/25 **Unanswered**)……………………….EXHIBIT L

   o  Motion to impose Constructive Trust (**Submitted** 3/20/25 **Unanswered**) …..EXHIBIT M

   o  UCC 1 & UCC 3 Filings………………………………………………….EXHIBIT N, N1

40

41

## VERIFIED COMPLAINT FOR ENFORCEMENT OF PRIVATE LIEN, EQUITABLE RELIEF, AND DAMAGES

NOW COMES Plaintiff, Richard-M: Jones, Authorized Representative of

RICHARD JONES TR, a private trust and secured party creditor, appearing sui

juris, who files this Verified Complaint against the above-named Defendants and

states the following:

## PRELIMINARY STATEMENT

This action arises from the Defendants' deliberate dishonor of lawful financial

tender, failure to respond to commercial presentments, and violation of fiduciary

and equitable obligations. Plaintiff, acting in full lawful capacity as Executor and

Secured Party Creditor of the private trust RICHARD JONES TR, tendered

financial applications, settlement instruments, and contractual presentments in

good faith and under lawful authority. These instruments were accepted, retained,

and ultimately ignored by the Defendants—triggering commercial default,

fiduciary breach, and dishonor by silence.

59

60    The Defendants' continued refusal to settle the obligation, or respond to the

61    Plaintiff's affidavits, notices, or arbitration award, constitutes tacit acquiescence

62    and commercial fraud under applicable commercial law, equity, and trust

63    principles. Plaintiff now brings this verified complaint to enforce lawful remedy,

64    perfect lien interest, and demand relief through this honorable Court.

65

66    This is not a matter of mere statutory complaint—it is a demand for equitable

67    enforcement of private contract rights, secured interests, and defaulted obligations

68    arising from unrebutted administrative processes, which now stand as judgments in

69    commerce.

70    _____

## I. JURISDICTION AND VENUE

72    1. This Court has jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship

73        and amount in controversy exceeding $75,000), 28 U.S.C. § 1331 (federal

74        question), and 28 U.S.C. § 2201 (declaratory relief).

75    2. Venue is proper in this Court under 28 U.S.C. § 1391 as the events giving

76        rise to this claim occurred in Lubbock, Texas.

77    _____

## II. PARTIES

3. Plaintiff is a private American National and secured party creditor operating in a non-commercial, private capacity as Trustee and Beneficiary of the RICHARD JONES TR.

4. Defendant Alliance Credit Union is a financial institution doing business in Lubbock, Texas.

5. Defendant Robert St. Clair is the attorney who responded on behalf of Alliance Credit Union and is responsible for legal representation and actions taken against the Plaintiff.

6. Defendant Amber Cook is an employee of Alliance Credit Union involved in the mishandling of financial instruments and suppression of contract records.

## III. STATEMENT OF FACTS

7. Plaintiff submitted two financial applications to Alliance Credit Union (Application Nos. 74934 and 79276) and endorsed negotiable instruments to discharge obligations in full, supported by legal tender and private credit under HJR-192.

95    8. Alliance Credit Union unlawfully refused to accept or return the instrument,

96       thereby dishonoring the settlement and breaching the fiduciary obligation to

97       act in good faith.

98    9. Plaintiff filed a **Private Arbitration Award**, **Notice of Default and**

99       **Dishonor**, and a **Commercial Lien** of $280,000,000, supported by a ledger

100      of damages, unrebutted affidavits, verified service, and a non-negotiable

101      Security Agreement.

102   10. Despite lawful notices and cure opportunities, Defendants have failed to

103      rebut, cure, or respond in good faith, constituting tacit acquiescence and

104      estoppel by silence.

105   11. All claims and supporting instruments, including Affidavit of Truth, True

106      Bill, Certificate of Non-Response, Rule 198 Admissions, and UCC-1

107      Financing Statement with UCC-3 Amendment, have been lawfully filed and

108      stand unrebutted, forming the commercial record of default.

109   ─────────────────────────────────────────────

## IV. CAUSES OF ACTION

**Count 1: Breach of Fiduciary Duty**

112   12. Defendants accepted applications, created a constructive trust, and failed to

113    fulfill their obligation to act in equity and truth, violating fiduciary duty under

114    UCC 1-103, Texas trust law, and public policy.

115    **Count 2: Enforcement of Private Arbitration Award (9 U.S.C. § 9)**

116    13. Plaintiff seeks federal court enforcement of a binding arbitration award,

117    lawfully noticed and unchallenged under contract law.

118    **Count 3: Declaratory Judgment (28 U.S.C. § 2201)**

119    14. Plaintiff seeks declaration of lawful ownership of instruments, lawful

120    enforcement of lien, and fiduciary failure by Defendants.

121    **Count 4: Equitable Lien Enforcement and Constructive Trust**

122    15. Plaintiff seeks recognition and enforcement of a lawful commercial lien and

123    equitable remedies to recover trust property and damages.

124    **Count 5: Default Judgment by Admission**

125    16. Plaintiff incorporates unrebutted Rule 198 Admissions and Affidavits as

126    conclusive evidence of default, dishonor, and liability.

127    ---

128    **V. RELIEF REQUESTED**

129    WHEREFORE, Plaintiff respectfully prays that this Court:

1. Enforce Plaintiff's Private Arbitration Award under 9 U.S.C. § 9;

2. Declare all instruments and contracts involved as legally binding;

3. Enter judgment in the amount of $280,000,000 in damages;

4. Grant injunctive relief to prevent any further interference or suppression;

5. Recognize and enforce Plaintiff's UCC-1 and UCC-3 filings as lawful notice of lien;

6. Order specific performance of Defendants' fiduciary obligations;

7. Grant any other relief this Court deems just and proper.

Plaintiff reserves the right to amend this complaint and supplement exhibits as further evidence, damages, or developments occur.

Respectfully Submitted this 17th day of our Lord the year Two Thousand Twenty Five.

**By:**

/s/ Richard-M: Jones

Authorized Representative of RICHARD JONES TR

Secured Party Creditor, Executor, and Beneficiary

Private Trust Entity

---

148    **VERIFICATION**

149    I, Richard-M: Jones, verify that the foregoing is true, correct, and complete to the

150    best of my knowledge, without prejudice and by divine authority.

151    /s/ Richard-M: Jones

152    Date: April 17th 2025

153



9

## NOTICE OF STATUS CLARIFICATION

**I, Richard-Myron: of the family Jones**, a living man, operating under Divine Law and the laws of equity and commerce, hereby give public notice and clarification regarding my lawful status in all matters arising under or relating to the legal person/entity styled as **RICHARD JONES**.

This notice is made in good faith and in honor, for the purpose of removing presumption, protecting rights, and asserting the proper jurisdiction for the enforcement of remedy.

## I. DECLARATION OF STATUS

1. I am not now, nor have I ever been, a corporate entity, citizen-subject, transmitting utility, decedent, or fiction of law.
2. I am a living, breathing man created by the Most High, not subject to statutory reclassification without voluntary and knowing consent.
3. I am the lawful **Executor, Beneficiary, and Secured Party Creditor** over the entity known as **RICHARD JONES**, and I do not consent to any administrative presumption to the contrary.
4. I have recorded and perfected my **Claim of Life** on February 14, 2025, thereby affirming my standing in law and in equity.

## II. NOTICE TO ALL PUBLIC OFFICERS AND COURTS

Let it be known that:

5. I reserve all rights without prejudice under **UCC 1-308**, and do not waive any God-given, common law, commercial, or constitutional rights.
6. I hereby remove all presumptions of wardship, incompetence, citizenship under the 14th Amendment, or surety status for any legal fiction or trust not created by my hand or with full knowledge and disclosure.

7. All contracts presumed to bind the living man by adhesion, unconscionability, or silence are hereby repudiated nunc pro tunc, ab initio.

## III. JURISDICTIONAL BOUNDARY

8. My affairs are governed privately under ecclesiastical, equitable, and natural law, not the statutes of foreign corporate jurisdictions.
9. My appearance in any matter, especially in relation to the trust entity RICHARD JONES, is solely in the capacity of **Executor and Creditor**.
10. I do not consent to any forced contracts, administrative proceedings, or legal determinations not arising from full disclosure, proper venue, and mutual agreement.

## IV. CONSTRUCTIVE NOTICE

11. This notice is now made part of the official record in relation to the matter styled *Richard-M: Jones v. Alliance Credit Union.*
12. Failure to rebut this notice with lawful, verified, and point-by-point sworn affidavit within ten (10) days shall constitute tacit agreement and estoppel from any further presumption of jurisdiction or authority over the living man.

Executed by my hand this 21st day of April year of our Lord, two thousand twenty Five Without Prejudice. All Rights Reserved. By Divine Right and Authority.

/s/ Richard-Myron: of the family Jones
Executor, Secured Party Creditor, Beneficiary
RICHARD JONES TR



I, Richard-Myron: Jones, a living man, declare under penalty of perjury that I am of majority age and competent to state the matters herein with firsthand knowledge of the facts. I affirm that these statements are true, correct, complete, and not misleading, and are admissible as evidence in a court of law.

## Legal and Constitutional Foundations

1. Article I, Section 10, Clause 1 of the U.S. Constitution states:
   "No State shall coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts."
   Federal Reserve Notes (FRNs) are obligations of the United States but are not redeemable in gold or silver coin, rendering their intrinsic value effectively zero. These notes represent "money of account," and all debts are obligations of the bankrupt United States. Consequently, all transactions rely on promises to pay rather than lawful money.

2. **Congressional Record, March 9, 1933, HR 1491, p. 83**:
   "Under the new law, money is issued to banks in return for government obligations, bills of exchange, drafts, notes, trade acceptances, and bankers' acceptances. The money is worth 100 cents on the dollar because it is backed by the nation's credit. It represents a mortgage on all homes and property of the nation's people."

## Federal Reserve Notes and Obligations

3. Title 18 § 8 defines "obligation or other security of the United States" as including Federal Reserve Notes, United States notes, Treasury notes, and other financial instruments. Under **HJR 192**, Federal Reserve Notes are declared obligations of the United States, ensuring their acceptance as legal tender.

4. Title 31 § 3123 makes a statutory pledge of the U.S. Government to pay all obligations and interest on the public debt. This statutory language establishes the government's liability to settle debts when FRNs are accepted for value and returned for settlement.

## Debts as Obligations of the United States

5. As legal tender, Federal Reserve Notes are debt instruments, and their creation inherently increases the obligations of the U.S. Government. Since FRNs do not exist in sufficient quantities to pay the interest they accrue, all debts and obligations remain the responsibility of the government.

## Legal Discharge of Debt

6. A bill of exchange satisfies the legal definition of a negotiable instrument under UCC § 3-104, legally discharging any alleged debt upon tender. Refusal to accept such an instrument constitutes a discharge of the debt under UCC § 3-603(b):
   "If tender of payment of an obligation is made to a person entitled to enforce the instrument and the tender is refused, the obligation is discharged to the extent of the tender."

AFFADAVIT OF TRUTH ALL BILLS ARE PREPAID

**CAUSE NO. DC-2024-CV-1593**

## Maxims of Commercial Law

- Truth is expressed in the form of an affidavit.
- An unrebuffed affidavit stands as truth in commerce.
- An unrebuffed affidavit becomes a judgment in commerce.
- He who leaves the field of battle first loses by default.

Given the above, I question why my personal creditworthiness is even relevant when debts are obligations of the United States. As a living man operating in good faith, I assert my right to lawful discharge of obligations and request adherence to these principles in the resolution of any claims.



Richard-Myron: Jones (Agent)
WITHOUT PREJUDICE
ALL RIGHTS RESERVED

NOTARY PUBLIC
STATE Texas
COUNTY Lubbock
Subscribed and sworn before me, a Notary Public Stephanie Garcia
This day of, year December 19, 2024
MY COMMISSION EXPIRES: 7/12/2028

STEPHANIE GARCIA
Notary Public, State of Texas
Comm. Expires 07-12-2028
Notary ID 134990269

**CAUSE NO. DC-2024-CV-1593**



| | |
|---|---|
| **RICHARD JONES,**<br>    **PLAINTIFF,** | **IN THE DISTRICT COURT** |
| | **72ND JUDICIAL DISTRICT** |
| **V.** | |
| **ALLIANCE CREDIT UNION (CFO)**<br>    **DEFENDANT,** | **LUBBOCK COUNTY, TEXAS** |

---

### DEMAND LETTER FOR BREACH OF CONTRACT

Formal Demand Letter for Breach of Contract

This letter serves as a formal demand regarding the breach of contract between myself, acting as Agent on behalf of the injured party RICHARD JONES and Defendant ALLIANCE CREDIT UNION. As outlined below, I will demonstrate how your actions meet the elements of a breach of contract under Texas law and provide an opportunity to settle this matter amicably.

Under Texas law, the four elements of a breach of contract are as follows:

1. Existence of a valid contract.
2. Performance by the plaintiff.
3. Breach of the contract by the defendant.
4. Resulting damages.

## 1. Existence of a Valid Contract

- **Evidence of Contract:**
  - Bates Numbers D002–D007 (Loan Number 74934) and D008–D013 (Loan Number 79276) demonstrate that valid contracts were established through my acceptance of the terms and agreements upon submitting applications.
  - Bates Number D001 confirms that my applications were received, as evidenced by the adverse action letters sent in response.
- **Security Interest Provided:**
  - Bates Numbers D018 and D030 substantiate that I offered a security interest through personal property upon submission of the applications. This security interest represents my consideration and creates a right to equity. The security interest also covers all debts owed

**Definition of Security Interest:**

- A security interest includes anything tangible or intangible that generates or creates an obligation to pay or perform.

## 2. Performance by the Plaintiff

- **Proof of Performance Attempts:**
  - Bates Numbers D014–D016 and D024–D028 demonstrate that I tendered payment and performed my obligations on two separate occasions.
  - Certified mail receipts with return signatures confirm the defendant received my tendered payments.
- **Power of Attorney (POA):**
  - Bates Numbers D020–D023 and D032–D034 show that I provided POA documentation, authorizing me to handle transactions on behalf of the Principal, Richard Jones.
  - As Agent, I acted in a fiduciary capacity, demonstrating both authority and responsibility to fulfill the Principal's obligations.

### Definition of Principal:

- The Principal is a non-living entity (e.g., corporation, estate, or transmitting utility), for which I am the authorized Agent.

### Proof of Principal Relationship:

- Birth Certificate Bond.
- 99 Estate Number.
- UCC Financing Statement.

## 3. Breach of Contract by the Defendant

- **Defendant's Obligations:**
  - As the Drawee, your obligation was to honor the Principal's draft and make payment as directed.
  - Bates Numbers D014–D016 and D024–D028 show that I twice instructed the CFO and provided the necessary instruments to complete the transactions, yet both were dishonored.
- **Contractual Roles:**
  - Drawer (Principal): Authorized the transaction.
  - Drawee (Defendant): Expected to make payment.
  - Payee (Dealership): Designated recipient of payment.
  - Agent (Me): Facilitated the transaction and ensured compliance with the contract.

### Scenario:
The Principal, through me as Agent, directed the Bank to pay the car dealership for a vehicle

intended for personal, family, and household use. The Defendant's refusal to honor the instructions constitutes a breach of contract and failure to perform.

## 4. Resulting Damages

The Defendant's failure to fulfill their contractual obligations has caused substantial financial and emotional harm, including but not limited to:

- **Missed Career Opportunity:**
  - Loss of a $65,000 salary due to being unable to accept the position of varsity defensive line coach at Estacado High School.
  - Emotional distress from missing the chance to work with my former teammate during his first season as head coach.
- **Lost Income Potential:**
  - Inability to attend training opportunities and maintain a flexible schedule due to sharing a vehicle with my spouse.
- **Emotional and Marital Strain:**
  - Financial stress caused by the lack of reliable transportation has strained my marriage and overall well-being.
- **Lost Property Opportunity:**
  - The inability to purchase the desired Range Rover with low mileage and custom red and black interior, a vehicle I considered a perfect fit for my needs.

## 5. CLOSING Argument

I intended to use the principal interest (APR rate) to prepay the account by transferring the principal's balance to the principal account for set-off, thereby settling the account through my performance. The defendant dishonored my instrument and failed to fulfill their obligation as the drawee, resulting in a breach.

Credit score and debt-to-income ratio are not valid or lawful reasons to deny credit. Banks, as borrowers, use my principal's value as the original creditor. Under the Federal Reserve Act §16 Part 2, banks take notes as security collateral, and the security shall not be less than the amount of notes applied for. This provision affirms that applications are inherently worth the amount requested. Furthermore, the Act guarantees interest to the principal, which the banks must pay.

As proof, the Bill of Exchange Act §9 states that the sum payable must include interest. Here's an illustrative scenario: if I, unaware of these principles, applied for a car loan with an excellent credit score (e.g., 850), the bank would approve the loan, collect a down payment, and issue a $1,200 monthly bill. This bill qualifies as a bill of exchange—a written, signed, and unconditional order to pay a specific sum on demand or at a set date.

Upon delivery, I become the bearer and holder of the note, with the bank as the payor and my principal as the payee. The positive value of the note represents interest paid to the principal for conducting business. My role, then, is to special indorse the bill, transform the draft into a check, and transfer the principal's credit back to the account for set-off. This process demonstrates how banks pay interest and return value to the principal. My attempt to enforce this obligation and exercise my contractual rights to equity, title, and interest was unjustly denied.

Under the Federal Reserve Act §16 Part 2, all applications are receivable. I submitted two applications totaling around $200,000, yet I did not receive the corresponding value, or anything in return upon submission due to the security interest in both transactions.

---

For relief, I request:

1. Alliance Credit Union finance any vehicle I choose for damages from first application and utilize principal interest to PRE-pay the account
2. A $100,000 credit limit on a credit card mail to Plaintiff to remedy the dishonored second application that I gave security interest
3. A partnership with Alliance to facilitate negotiable instruments and consumer credit transactions for personal, family, or household use going forward.
4. If the defendant chooses to proceed to a hearing, I will invoke Federal Reserve Act §29, Tier 3 civil penalties, for willfully and knowingly committing violations. These breaches can result in penalties of up to $1 million per day against the defendant.

Respectfully submitted

Richard-M: Jones

Filed 1/31/2025 8:06 AI
Sara L. Smil
Lubbock County - 72nd District Cou
Lubbock County, Texa

BL

## CAUSE NO. DC-2024-CV-1593

| RICHARD JONES, | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **72ND JUDICIAL DISTRICT** |
| | § | |
| **ALLIANCE CREDIT UNION (CFO),** | § | |
| | § | |
| **Defendant** | § | **LUBBOCK COUNTY, TEXAS** |

## ORDER GRANTING DEFENDANT'S RULE 91a MOTION TO DISMISS

After considering Defendant's motion to dismiss under Texas Rule 91a ("the

Motion"), response, and arguments of the parties, the Court GRANTS the Motion and

ORDERS that Plaintiff's breach of contract, breach of alleged fiduciary duties claims, and

any other claims are dismissed from the Court's docket.

SIGNED _____1/30/2025_____

JUDGE PRESIDING

# AFFIDAVIT OF DEFAULT AND DISHONOR

I, Richard-Myron: Jones, a living man with standing as Creditor and Secured Party, do hereby solemnly affirm and declare the following:

1. That on November 6, 2024, I served a lawful Notice and Demand upon the entity known as Alliance Credit Union, hereinafter referred to as "Respondent."

2. That on November 14, 2024, a follow-up notice was issued due to Respondent's failure to provide lawful rebuttal, remedy, or response.

3. To date, no lawful rebuttal, no verified counter-affidavit, no contractual cure, nor any communication has been received from Respondent.

4. That under commercial law, specifically UCC 1-308 and UCC 3-505, silence is considered dishonor and acquiescence.

5. That the Notices, Demands, and Affidavit(s) of Truth provided to Respondent are now established as unrebutted and stand as truth in commerce.

6. That all obligations addressed are to be construed as obligations of the United States as per Public Policy HJR-192 and the Federal Reserve Act.

7. That damage have been accrued according to the attached Fee Schedule, which has been lawfully served and entered into the record.

8. That this Affidavit shall serve as evidence of Respondent's default and dishonor and supports the issuance of judgment, lien, or commercial enforcement.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, and complete to the best of my knowledge, belief, and ability.

STATE OF TEXAS
COUNTY OF LUBBOCK
SUBSCRIBED AND SWORN TO before me this ___ day of April, 2025, by Richard M. Jones, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.
Notary Public Signature: _Katlyn Lloyd_
Printed Name: _Katlyn Lloyd_
My Commission Expires: _2/2/2027_
Richard-Myron: Jones-Authorized Agent/Secured Party

**KATLYN LLOYD**
Notary Public, State of Texas
Notary ID# 13418247-2
My Commission Expires 02-02-2027



Filed 3/25/2025 3:03 PI
Sara L. Smit
Lubbock County - 72nd District Cou
Lubbock County, Texa

BL

**IN THE 72ND DISTRICT COURT**
**LUBBOCK COUNTY, TEXAS**

EX-E

**RICHARD-M: JONES,**
Plaintiff,

v.

**ALLIANCE CREDIT UNION,**
Defendant.

**Case No.: DC-2024-CV-1593**

## PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT UNDER TEXAS RULE OF CIVIL PROCEDURE 198

**TO: Alliance Credit Union, through its legal counsel of record, Robert W. St. Clair, Esq., 910 FM 679, Gorman, TX 76454.**

Pursuant to **Texas Rule of Civil Procedure 198**, Plaintiff **Richard-M: Jones**, appearing pro se, hereby serves the following **Requests for Admissions** on **Defendant Alliance Credit Union**. The Defendant must respond in writing within **30 days** of service or each request will be deemed **admitted by default**.

## BACKGROUND AND PRIOR NON-RESPONSIVENESS

Plaintiff notes for the record that Defendant has failed to respond to **multiple written requests over the past five (5) months**. Despite formal filings, certified mailings, and email notices, Alliance Credit Union has consistently refused to provide documentation, statements, or any lawful justification for its denial of Plaintiff's financial rights. The following admissions are being requested as part of an ongoing effort to obtain discovery and compel accountability. These requests specifically reference Application Nos. **74934** and **79276**, which were submitted with security interests and have been repeatedly stonewalled by Defendant without written explanation or full disclosure.

## INSTRUCTIONS:

You are required to **admit or deny** each of the following statements. If you cannot admit or deny, you must explain in detail why you cannot respond, including all facts supporting your position.

Failure to respond in a timely manner will result in all unanswered requests being deemed **admitted as a matter of law** under Rule 198.2(c).

## REQUESTS FOR ADMISSION:

**1. Admit** that Plaintiff **submitted** an **application** to Alliance Credit Union that included a financial **security interest**.

**2. Admit** that Alliance Credit Union **received** and **processed** Plaintiff's **application** and supporting documents.

**3. Admit** that Plaintiff made **multiple written requests** for **disclosure** of account and application-related **records**.

**4. Admit** that Alliance Credit Union **has not provided full disclosure** of those requested **records**.

**5. Admit** that Alliance Credit Union **has not provided** a **written, signed** statement **explaining** the reason for **denying** Plaintiff's application.

**6. Admit** that the Plaintiff's **application** and/or submitted documents were **recorded internally** by Alliance Credit Union.

**7. Admit** that the Plaintiff's **submitted financial instruments** were capable of generating **value** for Alliance Credit Union.

**8. Admit** that Alliance Credit Union has **received financial benefit** from the **submission** and/or processing of Plaintiff's **application**.

**9. Admit** that Alliance Credit Union **owed** Plaintiff a **fiduciary duty** in handling the submitted **trust application** and **financial instruments**.

**10. Admit** that Alliance Credit Union is **withholding information** and **records** necessary for Plaintiff to **properly litigate** this case.

**11. Admit** that Alliance Credit Union **derived financial benefit** from Plaintiff's **application** and/or supporting documentation.

**12. Admit** that Alliance Credit Union **knowingly denied** Plaintiff's **application** while **retaining value derived** from said **application**.

**13. Admit** that Alliance Credit Union has **knowingly refused** to **provide full disclosure** of **account** and **processing records** to Plaintiff.

**14. Admit** that Alliance Credit Union has **knowledge** of the **exact amount of financial gain** obtained from processing Plaintiff's **applications**, specifically **Application** Nos. **74934** and **79276**.

**15. Admit** that Alliance Credit Union **knowingly denied** Plaintiff **access** to **benefits** while **processing** and **internally recording** Plaintiff's submitted **security interest(s).**

Respectfully submitted

Richard-M: Jones

FILE COPY



BRIAN QUINN
Chief Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

ALEX YARBROUGH
Justice

# Court of Appeals

## Seventh District of Texas
Potter County Courts Building
350 S.E. 6th Avenue, Suite 2C
Amarillo, Texas 79101-2462
www.txcourts.gov/7thcoa.aspx

BOBBY RAMIREZ
Clerk

MAILING ADDRESS
P. O. Box 9540
79105-9540

(806) 342-2650

April 9, 2025

Richard Jones
6809 67th Street
Lubbock, TX 79424
* DELIVERED VIA E-MAIL *

Robert W. St. Clair
ROBERT W. ST. CLAIR, P.C.
910 FM 679
Gorman, TX 76454
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-25-00071-CV
Trial Court Case Number:  DC-2024-CV-1593

**Style:**   Richard Jones v. Alliance Credit Union (CFO)

Dear Mr. Jones and Mr. St. Clair:

On April 7, 2025, this Court received Jones's *Motion to Enter Default Judgment and Enforce Private Award*. Additional filings were attached to this motion, including a *Notice of Good Faith Filing Error and Corrected Presentment*. This notice indicates that the other attachments were erroneously filed in the trial court and requests that this Court consider and rule on the same. As a result, now pending before this Court are:

1) "Motion to Enter Default Judgment and Enforce Private Award,"
2) "Notice of Good Faith Filing Error and Corrected Presentment,"
3) "Plaintiff's Request for Admissions to Defendant Under Texas Rule of Civil Procedure 198,"
4) "Notice of Claim and Lien,"
5) "Affidavit of Fee Schedule,"
6) "Affidavit of Default & Dishonor,"
7) "Commercial Ledger of Demands and Damages," and
8) "Affidavit of Truth All Bills are Prepaid."

By Order of the Court, we grant Appellant's *Notice of Good Faith Filing Error* and, after considering the identified attachments, deny all other motions and filings. Further, all additional relief requested by Appellant through these filings is hereby denied.

Sincerely,

*Bobby Ramirez*

Bobby Ramirez, Clerk

VENTH COURT OF APPEALS
ARILLO, TEXAS
5/2025 10:50 PM Case 5:25-cv-00093-H-BV     Document 1     Filed 04/25/25     Page 25 of 68     PageID 25
by Ramirez, Clerk

EX-G

No. 07-25-00071-CV

## IN THE TEXAS COURT OF APPEALS

## FOR THE SEVENTH DISTRICT OF TEXAS

## AT AMARILLO

**Richard-M: Jones,**
**Appellant,**

v.

**Alliance Credit Union,**
**Appellee.**

On Appeal from Cause No. DC-2024-CV-1593,

72nd Judicial District Court, Lubbock County, Texas,

Hon. John C. Grace, Presiding

# APPELLANT'S REPLY BRIEF

Richard-M: Jones
Appellant, Pro Se
6809 67th Street
Lubbock, Texas 79424
thedreamer@bignrichdreams.com
806-786-9783

# TABLE OF CONTENTS

TABLE OF CONTENTS........................................................................ 2

INDEX OF AUTHORITIES .................................................................. 3

STATEMENT REGARDING ORAL ARGUMENT ......................... 4

STATEMENT OF THE CASE ............................................................. 4

ISSUE PRESENTED............................................................................. 5

STATEMENT OF FACTS.............................................................. 5, 6,

SUMMARY OF ARGUMENT............................................................. 6

ARGUMENT& AUTHORITIES.................................................... 7, 8

A. Unrebutted Affidavit stands as Truth ............................................ 7

B. Fiduciary Duty Exist Via Power of Attorney & Trust Law............ 7

C. Existence of A Contract supported by Performance and demand... 8

D. Equity Requires Consideration of Post Filing Record ................... 8

CONCLUSION...................................................................................... 9

PRAYER FOR RELIEF ....................................................................... 9

CERTIFICATE OF COMPLIANCE............................................. 10

CERTIFICATION OF SERVICE…………………………………… 10

2

## INDEX OF AUTHORITIES

**CASES**:                                                          **Page**

U.S. Const. amend. XIV……......................................................................7

Texas Trust Code § 111.003……………………….............................7

Restatement (Second) of Trusts § 197............................................................7

Restatement (Third) of Restitution § 55……………...........................7, 8

Omohundro v. Matthews, 341 S.W.2d 401 (Tex. 1960) ...........................7, 8

Johnson v. Brewer & Pritchard, P.C., 73 S.W.3d 193 (Tex. 2002) ...............8

**Texas Rules of Appellate Procedure**

Tex. R. App. P. 38.3........................................................................... 8

**Texas Rules of Civil Procedure**

Tex. R. Civ. P. 198.2.....................................................................................7

## STATEMENT REGARDING ORAL ARGUMENT

Appellant respectfully requests oral argument. This appeal involves significant questions of equity, fiduciary duty, and the handling of unrebutted sworn affidavits, which may benefit from clarification through direct dialogue with the Court. Oral argument will aid the Court's understanding of the record and the legal context in which the Appellant's filings were made, particularly as a pro se litigant raising constitutional, trust, and commercial law issues.

## STATEMENT OF THE CASE

Appellant submitted applications to Alliance Credit Union that included lawful financial instruments and a Power of Attorney, which imposed fiduciary responsibilities. Appellee failed to process the application in good faith, withheld records despite numerous requests, and has refused to rebut my Affidavit which stands as truth in Commerce. The Trial court dismissed the case, and this appeal followed.

4

## ISSUE PRESENTED

Whether the trial court erred in dismissing Appellant's claims without considering unrebutted affidavits, fiduciary obligations arising from trust instruments and power of attorney, and material post-filing evidence submitted in support of contract and equity-based claims.

## STATEMENT OF THE FACTS

Appellant, Richard-M: Jones, submitted two applications to Alliance Credit Union—Application Nos. 74934 and 79276—accompanied by supporting financial instruments and a Power of Attorney (POA)(see Exhibit B BATES NUMBER D020-D023) designating the Appellee as a fiduciary. The applications included negotiable instruments and trust-related documentation designed to establish an account or discharge of obligation. Despite receipt and internal processing, Appellee failed to honor, act upon, or provide a written denial or disclosure concerning these applications.

Over a period exceeding five months, Appellant made repeated requests for access to relevant financial records, contractual disclosures, and justifications for denial. Appellee never responded with documentation, a written statement of denial, or an explanation of record handling. This

5

stonewalling occurred while Appellee retained financial benefit and internal control over the submitted materials.

Appellant submitted a notarized Affidavit of Truth, unrebutted by Appellee, stating that all obligations were obligations of the United States and that Appellee held a fiduciary duty. Appellant also issued a Demand for Breach of Contract (see Exhibit A), providing evidence of contractual terms and performance. Despite these formal filings, the trial court granted dismissal without discovery, ignoring equity-based claims and unrebutted evidence. This appeal followed.

## SUMMARY OF THE ARGUMENT

Appellee failed to respond to Appellant's sworn Affidavit of Truth (See Exhibit C), thus admitting all facts therein. Appellee also wrongfully claims no fiduciary relationship existed despite being given a valid Power of Attorney (See Exhibit B). This Court should recognize fiduciary duties arising under trust law, acknowledge the existence of a commercial contract, and reverse the trial court's dismissal.

## ARGUMENTS AND AUTHORITIES

### A.  UNREBUTTED AFFIDAVIT STANDS AS TRUTH

Appellant filed an Affidavit of Truth (See Exhibit C) affirming that all

obligations are obligations of the United States. Appellee failed to challenge

or rebut this sworn statement. **Under Rule 198.2** and legal maxims of

equity, facts in an unrebutted affidavit are accepted as true and binding. This

remains a key unaddressed issue. Without permitting discovery or requiring

a response from Appellee—violates Appellant's **procedural due process**

**rights** under the **Fourteenth Amendment to the United States**

**Constitution**. Equity and due process demand that a litigant be given the

opportunity to be heard, especially when presenting unrebutted sworn

evidence and asserting fundamental property and trust claims.

### B. FIDUCIARY DUTY EXISTS VIA POWER OF ATTORNEY
###    AND TRUST LAW

The Power of Attorney (See Exhibit B)submitted with Appellant's financial

instruments placed Appellee in a fiduciary role. **Texas Trust Code §**

**111.003** and the **Restatement (Second) of Trusts § 197** affirm that

fiduciary duties arise where one undertakes to act on behalf of another.

**Omohundro v. Matthews** confirmed fiduciary obligations arise with

7

entrusted instruments. Appellee breached these duties by failing to disclose records or act in good faith.

## C. EXISTENCE OF CONTRACT SUPPORTED BY PERFORMANCE AND DEMAND

Appellant submitted applications and instruments with value (See Exhibit D BATES NUMBER D002 through D007{1st Application}and BATES NUMBER D008 through D0013{2nd Application}), which were accepted and processed by Appellee. A formal Demand Letter for Breach of Contract was served (See Exhibit A), identifying performance and failure to disclose. Under **Johnson v. Brewer & Pritchard**, fiduciary relationships and obligations do not require written contracts to be enforceable in equity.

## D. EQUITY REQUIRES CONSIDERATION OF POST-FILING RECORD

Appellee argues filings after dismissal should be disregarded. However, **Tex. R. App. P. 38.3** permits reply briefs to raise additional issues. Equity demands that this Court consider the entire record to prevent injustice. Post-filing materials—including the Constructive Trust motion, requests for admissions, and affidavit—are material to Appellant's rights and must be considered.

8

## CONCLUSION

The trial court erred in dismissing Appellant's claims without considering the unrebutted Affidavit of Truth, the fiduciary obligations created through Appellant's Power of Attorney and financial instruments, and the equitable principles at the heart of this case. Appellee has offered no substantive rebuttal to these facts and instead relies solely on procedural defenses to avoid accountability.

Equity demands that form not prevail over substance, and justice requires that Appellant be afforded the opportunity to present his case on the merits. Appellant respectfully requests that this Court reverse the dismissal, recognize the fiduciary relationship and obligations at issue, and remand this matter for further proceedings

## PRAYER FOR RELIEF

WHEREFORE, Appellant respectfully requests this Court REVERSE the trial court's order of dismissal, RECOGNIZE the fiduciary and contractual obligations between Appellee and Appellant, and REMAND this matter for discovery and trial on the merits.

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the word-count limitations of Texas

Rule of Appellate Procedure 9.4. This brief contains approximately 1,134

words, excluding the sections exempted under Rule 9.4(i)(1), and is printed

in a proportionally spaced typeface using 14-point Times New Roman font,

including footnotes

/s/ *Richard-M: Jones*

Richard-M: Jones

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Reply Brief was served on
Appellee's counsel via E-file.texas.gov on the date below: March 25, 2025

Robert W. St. Clair, Esq.
910 FM 679
Gorman, TX 76454
Email: rstclair@lbklawyers.com

Dated: March 25. 2025

Respectfully submitted,
Richard-M: Jones
Appellant, Pro Se

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 98886228
Filing Code Description: Response
Filing Description: RESPONSE TO APPELLEE BRIEF
Status as of 3/26/2025 8:35 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Jones | | Thedreamer@bignrichdreams.com | 3/25/2025 10:50:18 PM | SENT |
| Robert  WSt Clair | | rstclair@lbklawyers.com | 3/25/2025 10:50:18 PM | SENT |
| JENNIFER CHANG | | JCHANG@LBKLAWYERS.COM | 3/25/2025 10:50:18 PM | SENT |
| Jennifer Chang | | jchang@thesaintlaw.com | 3/25/2025 10:50:18 PM | SENT |

FILE COPY



EX-H

BRIAN QUINN
Chief Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

ALEX YARBROUGH
Justice

## Court of Appeals

Seventh District of Texas
Potter County Courts Building
350 S.E. 6th Avenue, Suite 2C
Amarillo, Texas 79101-2462
www.txcourts.gov/7thcoa.aspx

BOBBY RAMIREZ
Clerk

MAILING ADDRESS
P. O. Box 9540
79105-9540

(806) 342-2650

April 14, 2025

Richard Jones
6809 67th Street
Lubbock, TX 79424
* DELIVERED VIA E-MAIL *

Robert W. St. Clair
ROBERT W. ST. CLAIR, P.C.
910 FM 679
Gorman, TX 76454
* DELIVERED VIA E-MAIL *

**RE:**    Case Number: 07-25-00071-CV
Trial Court Case Number: DC-2024-CV-1593

**Style:**  Richard Jones v. Alliance Credit Union (CFO)

Dear Mr. Jones and Mr. St. Clair:

On April 8, 2025, this Court received Jones's *Notice of Unrebutted Affidavit and Request for Prompt Ruling on Motion for Default Judgment*. By Order of the Court, we deny Jones's request for default judgment. Further, all additional relief requested by Jones through this filing is hereby denied.

Sincerely,

*Bobby Ramirez*

Bobby Ramirez, Clerk

PRIVATE FEE-SCHEDULE
NON-NEGOTIABLE

EX-1

## Affidavit
## Notice of Liability Regarding Trespass
## Affidavit of Fee Schedule and Remedy

### Acknowledgment
### in the Nature of Supplemental Rules
### for Administrative and Maritime Claims Rules C (6)

**for Personal Protection From
Federal / State / County / City / Municipal / Corporate
Employees / Agents / Individuals**

**Notice to Agent is Notice to Principal.
Notice to Principal is Notice to Agent.
Notice to Individual, Natural Living Soul is Notice to All Human Beings.
Notice to All Human Beings is Notice to Individual, Natural Living Soul.**

Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law.
**--- In re McCowan (1917), 177 C. 93, 170**

**Public Law § 97-280 acknowledges the Holy Bible as the Word of God.**

**Silence is Acquiescence, Agreement, and Dishonor
This is a Self-Executing Contract.**

# Notice

**Daniel Chapter 4 verse 17 (K.J.V.)**

"17 This matter is by the decree of the watchers and the demand by the word of the Holy ones: to the intent that the living may know that the most High ruleth in the kingdom of men and giveth it to whomsoever He will and setteth up over it the basest of men."

Before Me, the undersigned Notary, _Autumn Lloyd_, on this day _2_ of April, 2025, personally appeared **Richard-M: Jones**, known to me to be the credible natural person and of lawful age, who being duly sworn by me affirms, deposes, and says:

I, **Richard M** of the family **Jones**, as a natural person / a People on the State known as Texas, am hereby, as a gesture of peace, giving proper notice to the STATE OF Texas corporation and to the UNITED STATES corporation, to all municipal, county, and city corporations, and to all other STATE CORPORATIONS, agents, employees, and all other individuals of the following:

As a peaceful, natural Man desiring to avoid conflict and to live lawfully with all of my freedoms, I am providing you with this **Notice of Liability** regarding **Trespass, Fee Schedule, and Remedy for personal protection from Federal / State / County / City / Municipal / Corporate employees** as a courtesy to you and as a remedy should you decide to trespass upon me or other members of my Family. Failure to know or disobey any of your thousands of corporate regulations, statutes, or codes does not constitute a crime absent a victim or damaged property or fraud - no *corpus delecti*.

> "In every prosecution for crime it is necessary to establish the '*corpus delecti*', i.e., the body or elements of the crime." *People v. Lopez*. "The *corpus delecti* consists of two elements, namely, 1) the injury of loss or harm; and 2) a criminal agency causing them to exist." *People v. Frey*

Please note that this **Affidavit of Fee Schedule and Remedy for Personal Protection from Federal / State / County / City / Municipal / Corporate employees** is just per *Trezevant v. City of Tampa*,741 F 2d 336 (11th Cir. 1984), wherein a motorist was illegally held for 23 minutes on a traffic charge and was awarded $25,000 in damages. This sets the foundation for $1,086.00 per minute or $1,800,000.00 per day. When an individual is detained without a signed lawful 4th amendment warrant and without having committed a crime (Traffic infractions are NOT crimes.), the detention is a false arrest and unlawful imprisonment.

**WHEREAS** this is a formal and lawful Affidavit of Fee Schedule and Remedy that is established for **Richard-M: Jones** and his family members to include the lawful and unlawful matters relating to the Office of the Executor.

**Written permission is required for the express use of my LEGAL NAME, and I do not authorize its use by you or your AGENTS / third parties.**

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

RMJ-FEE-SCH-001

Attorney fees and other remedies not listed in this Fee Schedule are determined under special circumstances and submitted via certified mail with a return receipt to all parties involved.

1. **For every unlawful solicited / unsolicited interference and trespass in my private matters and/or commercial affairs, the following administrative fees apply: $100,000.00** (one hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

2. **For every offense committed against entities, RICHARD JONES ℠, JONES RICHARD, RICHARD MYRON JONES, RICHARD M JONES , JONES RICHARD M,** and any and all derivations thereof on any document which is in any way associated with me, the living soul, Richard-M: Jones, shall, by such document acting as *prima facie* evidence of violation, **become liable for penalties of $300,000.00 (three hundred thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

3. **For every offense or action taken against me: $1,000,000.00**
   **(one million)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation of the RICO Act of 1970 for fraudulently and unlawfully under color of law misguiding natural persons to believe they are the entities (corporate fictions) to gain access to their TRUST ACCOUNTS.

4. **For each page of documents an agent, clerk or clerk of the courts refuses to file:**
   **$10,000.00 (ten thousand)** per page payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation pursuant to **Federal Rules of Civil Procedures 5(d)(4))** –
   Acceptance by the clerk.
   [A clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice and **18 USC § 2071:** '(a) Whoever willfully and unlawfully conceals, removes, mutilates. Obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceedings, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three (3) years, or both. **(b)** Whoever, having the custody of any such record, proceedings, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this titles or imprisoned not more than three (3) years or both; and shall forfeit his/her office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States. **It is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof.** *United States v. Lombardo*, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); *Milton v. United States*, 105 F.2d 253, 255 (5th Cir. 1939). In *Greeson v. Sherman*, 265 F. Supp. 340 (D.C.Va. 1967), it was held that a pleading delivered to a deputy clerk at his home at night was thereby filed. [*Freeman v. Giacomo Costa Fu Adrea*, 282 F. Supp. 525 (E.D.Pa. 1968)]

5. **For each unsolicited / solicited phone call: $7,000 (seven thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

6. **For each unsolicited / solicited letter of harassment : $7,000.00** (seven thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

7. **For each correspondence that I write to Respondents and/or Agents / third parties of due to solicited and/or unsolicited meetings, letters of harassment or breach of the Common Law : $2,000.00 (two thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

8. **For each correspondence I receive from the commissioner's office regarding RESPONDENTS / AGENTS / third parties or unlawful letters of harassment: $5,000.00 (five thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

9. **For each correspondence I write to the Office of Fair Trading: $2,000.00 (two thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

10. **For each correspondence I write to court services and agents: $2,000.00 (two thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

11. **For each correspondence I have to write to Trading Standards: $2,000.00 (two thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

12. **For each correspondence I have to write to the chief of police / sheriff agent after first notice sent: $2,000.00** (two thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

RMJ-FEE-SCH-001

PRIVATE FEE SCHEDULE

**NON-NEGOTIABLE**

13. **For each court special appearance / general appearance : $30,000.00** (thirty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation

14. **For each phone call I make to relevant bodies / agents: $2,000.00** (two thousand) **plus $500 per hour or part thereof / $5.00 per minute** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

15. **For each individual failure to provide per individual requested evidence, items, documents, proof of certified public oaths, or other lawfully required and requested items/documents for the inspection of the Undersigned, the fee of $5,000.00** (five thousand) per individual breach of this notice shall apply. It is your tacit agreement that these fees become automatically subscribed to by the Respondent (named in due course) if all requested and named items are not sent to the Sovereign Beneficiary with proof of receipt by recorded delivery and signed for within (7) days after receipt of this notice payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation

16. **For each individual failure to perform a directive given by the Sovereign Beneficiary: $10,000.00** (ten thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

17. **For every direct order given to the Sovereign Beneficiary by a magistrate, a judge, or any government official or agent: $30,000.00** (thirty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

18. **For every Unlawful Arrest, Illegal Arrest, or Restraint or Distraint, or Trespassing / Trespass without a lawful, correct, complete, and original 4th amendment warrant with a wet ink signature: $1,000,000.00** (one million) plus additional damages pursuant to *Trezevant v. City of Tampa*, 741 F 2d 336 (11th Cir. 1984) ... and 1 acre of government, state, county, or city land, per occurrence. per officer, or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation

19. **For every Excessive Bail, Fraudulent Bond, Fraudulent Warrant, Cruel / Unusual Punishment, Violation of Rights to a Speedy Trial or Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, and/or Abuse of Authority** as per Title 18 U.S.C.A. § 241 and 242 or definitions contained herein for encroachment: **$1,000,000.00** (one million) and 1 acre of government, state, county, or city land per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

20. **For every Assault (with or without Weapon): $1,000,000.00** (one million) and 1 acre of government, state, county, or city land per occurrence payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

21. **For all Unfounded Accusations by an Officer of the Court, Police Officer, or Officers of the Sheriff's Department and State Troopers: $3,000.00** (three thousand) per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars

22. **For all Unlawful Detention or Incarceration: $200,000.00** (two hundred thousand) per day and 1 acre of government, state, county, or city land convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars

23. **For every Incarceration for Civil or Criminal Contempt of court without lawful and valid reason: $1,000,000.00** (one million) per day and 1 acre of government, state, county, or city land per occurrence payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars

24. **For every Threat, Coercion, Deception, or Attempted Deception by any officer of the court: $50,000.00** (fifty thousand) per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve notes to silver dollars per person per violation

25. **For each Refusal of Lawful Bailment as Provided by the aforementioned Constitution and/or Honorable Bill of Rights: $100,000.00** (one hundred thousand) per day payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars as per *Trafficante v. Florida* per occurrence per officer and/or agent involved and 1 acre of government, state, county, or city land

26. **For every Coercion or Attempted Coercion of the Real Natural Person to hold the liability of the Corporate Citizen against the Natural Person and Secured Party's Will: $200,000.00** (two hundred thousand) per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve notes to silver dollars

27. **For each Recording of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency as aforementioned herein: 1 acre of government, state, county, or city land and $300,000.00** (three hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars and **$100.00** (one hundred) per day penalty until all lien(s), levy(s), impoundment(s), and/or garnishment(s) are terminated along with all funds reimbursed and all property returned in the same condition as it was when taken with 18% annual interest and my declared value of property

28. **For every destruction, deprivation, concealment, defacing, alteration, or theft of property,** including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural Person and Secured Party will incur a penalty of total new replacement costs of property as indicated by owner and secured party including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, setup, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, quality, and quantity as the lost items. The list and description of affected property will be provided by the owner and secured party which will be accepted as complete, accurate, and uncontestable by the agency(s).

Page 3 | 13

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

RMJ-FEE-BCH-001

representative(s), and/or person(s) thereof that caused such action. In addition to the aforementioned cost, **there will be a $6,000.00** (six thousand) fee per day payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars until property is restored in full, beginning on the first day after the incident as provided by this contract

29. **For every Denial and/or Abuse of Due Process: $200,000.00** (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve notes to silver dollars per violation per person per officer or agent involved

30. **For every Obstruction of Justice: $200,000.00** (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per occurrence per officer and/or agent involved

31. **For every Reckless Endangerment, Failure to Identify, Refusal to Present Credentials, and/or Failure to Charge within 48 (Forty-Eight) Hours after being Detained / Arrested: $300,000.00** (three hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per occurrence per officer and/or agent involved

32. **For every Counterfeit Statute Staple Security Instrument: $20,000.00** (twenty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per officer and/or agent involved

33. **For every Trespass on *Cestui Que Vie* Trust matter(s) and trust property including any trust property impaired as a result of any action taken without consent: $100,000.00** (one hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per trespass per officer and/or agent involved

34. **For every Trustee, agent, or individual Correspondence not signed in affidavit form under penalties of perjury or commercial liability: $5,000.00** (five thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per communication not in compliance

35. **For every Foreclosure, Repossession, and Court Matter against *Cestui Que Vie* Trust: $200,000.00** (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars and 1 acre of government, state, county, or city land per occurrence per officer and/or agent involved

36. **For every seizure of any *Cestui Que Vie Trust* property through force, duress, coercion, conversion, including but not limited to arrest / assault / kidnapping / human trafficking : $1,000,000.00** (one million) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars

37. **For Harassment after Notice: $100,000.00** (one hundred thousand) per occurrence per officer and/or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per occurrence and 1 acre of government, state, county, or city land

38. **For each Violation, Breach of Trust, Breach of Contract, Breach of Fiduciary Duty, Breach of the Peace, Perjury of Oath(s) of Office of Trustee, False Swearing and acting without Authority / Jurisdiction by Trustees / Agents: $50,000.00** (fifty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation and 1 acre of government, state, county, or city land per occurrence per officer and/or agent involved

39. **For False Statements from Trustees, agents, or individuals: $20,000.00** (twenty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per officer and/or agent involved

40. **For each Impairment of Contract by Trustees, agents, or individuals: $30,000.00** (thirty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars user fee per impairment

41. **For each Violation of any unalienable rights including but not limited to all rights protected by Trusts, Trust Law, Law, Common Law, International Law, Constitutions, Law of Nations, etc. by the actions of any Trustee, agent, or individual:**

    a. one Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for violating and of my unalienable rights or any of my family's unalienable rights under any and all circumstances by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen;

    b. one Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per detention initiated by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen;

    c. my body's weight in .999 pure gold (or its equivalent in Federal Reserve Notes) for the taking of my life. This lawful paper is to be honored by the People of the fifty States and the People of the United States of America for the protection of the People on the land known as any of the fifty States which make up the union known as the Unites States of America. This lawful paper must be honored in any court within any of the fifty States which make up the union known as the Unites States of America.

    d. One Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for any of my time consumed in detention, imprisonment, or attempts by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen to establish their statutory jurisdiction upon Me or my family without expressed, written consent.

42. **For any harm done to family pets without valid cause and/or justification: $100,000.00** (one hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person and 1 acre of government per officer and/or agent involved

Page 4 | 13

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

PRIVATE FEE SCHEDULE
NON-NEGOTIABLE

43. **For each request or demand under lack of full disclosure without the autograph of the Beneficiary on any lawful contract: $15,000.00** (fifteen thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation

44. **For each taking of fingerprints by force, coercion, or duress: $4,000.00** (four thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars

45. **For each field test demanded during unlawful detainment / traffic stop: $20,000.00** (twenty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars

46. **For each D.N.A. test demanded or taken by force, duress, or coercion during unlawful detainment: $200,000.00** (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation

47. **For any fraudulent foreclosures, liens, contracts, auctions placed against my property: $200,000.00** (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation and 1 acre of government, state, county, or city land per occurrence per officer and/or agent involved

48. **For all ex-parte hearings or meetings without my knowledge or consent and without given proper notice of 14 days in advance: $30,000.00** (thirty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation

49. **For failure to fully disclose any contract under acts of fraud: $50,000.00** (fifty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve notes to silver dollars per violation

50. **For every theft of property of conveyance / automobile by impounding, towing, or forced removal from any private or public property without written consent from me: $7,000.00** (seven thousand) per day payable convertible at the legal and lawful ratio prescribed by law of Federal Reserve notes to silver dollars per violation

51. **Party who interferes with or dishonors the lawful claims or rights of Richard-Myron: Jones:**
   - **$500,000** (Five Hundred Thousand) per unrebutted notice served
   - **$1,000,000** (One Million) per day for willful dishonor
   - **$25,000** (Twenty-Five Thousand) per day for failure to produce records
   - **$2,000,000** (Two Million) for emotional distress
   - **$5,000,000** (Five Million) for breach of fiduciary duty
   - **$100,000** (One Hundred Thousand) per instance of suppression or omission

---

**Matthew Chapter 5 verses 25-26**

"25 Agree with thine adversary quickly, whiles thou art in the way with him, lest at any time the adversary deliver thee to the judge, and the judge deliver thee to the officer, and thou be cast into prison. 26 Verily I say unto thee, thou shalt by no means come out thence till thou hast paid the uttermost farthing."

## **Maxims of Equity**

1.
"Aequitas sequitur legem"
Equity follows the law.
1 Story, Eq. Jur. 64; 3 Wooddes. Lect. 479, 482.

2.
Equity will not suffer a wrong to be without a remedy

3.
He who comes into equity must come with clean hands

4.
Equity will not allow a remedy that is contrary to law.

5.
Equity will take jurisdiction to avoid a multiplicity of suits.

6.
Equity will not allow a statute to be used as a cloak for fraud.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

RMJ-FEE-SCH-001

7.
Equity regards the beneficiary as the true owner.

8.
"Vigilantibus non dormientibus aequitas subvenit."
Equity aids the vigilant, not those who slumber on their rights.

9.
Equity acts in personam or persons.

10.
Equity delights to do justice and not by halves.


# Maxims of Law

1.
"A verbis legis non est recedendum."
From the words of the law there must be no departure.

2.
"Actus Dei nemini facit injuriam."
The act of God does no injury; that is, no one is
responsible for inevitable accidents.

3.
"Augupia veriorum sunt judice indigna."
A twisting of language is unworthy of a judge.

4.
"Catalla just possessa amitti non possunt."
Chattels justly possessed cannot be lost.

5.
"Contractus legem ex conventione accipiunt."
The agreement of the parties makes the law of the contract.

6.
"Culpa lata aequiparatur dolo."
A concealed fault is equal to a deceit.

7.
"Cum adsunt testimonia rerum quid opus est verbis?"
When the proofs of facts are present, what need is there for words?

8.
"Debet qui juri subjacere ubi delinquit."
Every one ought to be subject to the law of the place where he offends.

9.
"Ejus est non nolle qui potest velle."
He who may consent tacitly may consent expressly.

10.
"Ex facto jus oritur actio exteriora indicant interiora secreta."
Law arises out of fact; that is, its application must be to facts.
8 Co. R. 146.

11.
"Actio exteriora indicant interiora secreta."
External actions show internal secrets.
8 Co. R. 146.

12.
"Actor qui contra regulam quid adduxit non est audiendus."

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

RMJ-FEE-SCH-001

NON-NEGOTIABLE

He ought not to be heard who advances a proposition
contrary to the rules of law.

13.

Actore non probante reus absolvitur.
When the plaintiff does not prove his case, the defendant is absolved.

14.

Argumentum simili valet in lege.
An argument drawn from a similar case or analogy avails in law.

15.

Argumentum simili valet in lege.
An argument drawn from a similar case or analogy avails in law.
Co. Litt. 191

➢ The Common Law is the highest jurisdiction of man-made law and jurisprudence for the men
and women sojourning on the landmass commonly referred to as the United States of America
with the exception of the landmass commonly called Texas which has Civil Law.
➢ The Law Merchant is tied to the Common Law and is the highest jurisdiction of man-made
law for the men and women sojourning on the landmass commonly referred to as the United
States of America concerning commerce and associated contracts, bills, commercial
instruments, jurisprudence, et al.
➢ The Uniform Commercial Code is a code accepted or partially accepted by agreement of the
various States regarding commercial contracts, commercial instruments, transactions, et al.
➢ The Constitution for the United States of America is the supreme contract for the men and
women sojourning on the landmass commonly referred to as the United States of America.
➢ The Common Law reflects the Laws as recorded in the group of books commonly referred to
as the Holy Bible and is verified by Sir William Blackstone in his published *Commentaries*
which were instrumental to the founding fathers in the framing and establishing of American
jurisprudence.
➢ The past and present so-called Monarchs of Great Britain must swear a corporeal oath and
thereby contract to uphold and defend the laws as recorded in the letter patent, the 1611 King
James Bible, as well as the Common Law.
➢ There are references to a higher jurisdiction in the Declaration of Independence including but
not limited to the Laws of Nature and of Nature's God endowed by their Creator with certain
unalienable Rights appealing to the Supreme Judge of the world for the rectitude of our
intentions with a firm reliance on the protection of Divine Providence.
➢ The Oaths of Office are clear regarding the adherence to the Constitution when taking an oath
of office and entering on the Execution of his Office. Article II, Section I, last clause: The
President "promises to 'preserve, protect and defend the Constitution'" Article VI, Clause III
"The Senators and Representatives before mentioned and the members of the several state
legislatures, and all executive and judicial officers, shall be bound by oath or affirmation, to
support this Constitution, but no religious test shall ever be required as a qualification to any
office or public trust under the United States."
➢ For any Respondent who has sworn an oath of office to support and/or defend the
Constitution for the United States of America,
**I hereby accept that oath of office.**

## Numbers Chapter 30 verses 1-2

"1 And Moses spake unto the heads of the tribes concerning the children of Israel, saying, This is the thing
which the Lord hath commanded. 2 If a mans vow a vow unto the Lord or swear an oath to bind his soul with a
bond, he shall not breake his word, he shall do according to all that proceedeth out of his mouth."

## Leviticus Chapter 5 verses 3-5

"3 or if he touch the uncleanness of man, whatsoever uncleanness it be that a man shall be defiled withal, and it
be hid from him; when he knoweth of it, then he shall be guilty. 4 Or if a soul swear, pronouncing with his lips
to do evil, or to do good, whatsoever it be that a man shall pronounce with an oath, and it be hid from him;
when he knoweth of it, then he shall be guilty in one of these. 5 And it shall be, when he shall be guilty in one
of these things that he shall confess that he hath sinned in that thing."

When Congress makes a law which is outside the scope of its enumerated powers, it is no law at all but is
**void**, and American **men and women have no obligation to comply** Alexander Hamilton wrote this
repeatedly in the Federalist Papers. Here are a few examples:

" If the federal government should overpass the just bounds of its authority and make a
tyrannical use of its powers, **the people**, whose creature it is, **must appeal to the standard they have**

Page 7 | 13

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to
cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful
intentions and are expressly for your benefit to provide you with due process and a good faith opportunity
to state a verified claim.

RMJ-FEE-SCH-001

PRIVATE FEE SCHEDULE
NON-NEGOTIABLE

formed, and take such measures to redress the injury done to the Constitution as the exigency may suggest and prudence justify "

Federalist No. 33, 5th Paragraph

" . acts of . (the federal government) which are not pursuant to its constitutional powers . will (not) become the supreme law of the land. **These will be merely acts of usurpation, and will deserve to be treated as such** "

Federalist No. 33, 6th paragraph

" . every act of a delegated authority. contrary to the tenor of the commission under which it is exercised, is void. **No legislative act ... contrary to the Constitution can be valid.** To deny this, would be to affirm . that men acting by virtue of powers may do not only what their powers do not authorize, but what they forbid."

Federalist No. 78, 10th paragraph

**(emphasis added above)**

When it is proven, by tacit agreement or otherwise, that Trespassing upon the People's unalienable rights to life, liberty, and the pursuit of happiness from outside the Republic of the United States of America and/or proven tacitly or otherwise that a tyrannical takeover of the de jure Republic by agents with an agenda to steal their birthright and to destroy their country - the United States of America – and to assault the men, women, and children of the Republic and their real and other property - wild and domestic livestock, pollinating insects which affect agriculture / food supply, right to privacy, well-being, liberty, or right to equitable contracts - and/or to prove tacitly or otherwise that any Trespassing or the various legal actions used to implement it evince to a collateral or direct attack upon the United States of America Constitution, **there may be grounds for a Grand Jury indictment for treason**, to wit:

### 1788 Constitution for the United States of America –
### Article III, Section III:

"Treason shall consist only in levying War against them, **or in adhering to their Enemies**, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the **Testimony of Two Witnesses** to the same overt Act or on Confession in open Court. The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted."

#### Deuteronomy Chapter 17 verse 6

"6 At the mouth of **two witnesses**, or three **witnesses**, shall he that is worthy of death be put to death: but at the mouth of one witness he shall not be put to death."

#### Deuteronomy Chapter 19 verse 15

"15 One witness shall not rise up against a man for nay iniquity, or for any sin, in any sin that he sinneth: at the mouth of **two witnesses**, or at the mouth of three witnesses, shall the matter be established."

#### Matthew Chapter 18 verse 16

"16 But if he will not hear thee, then take with thee one or two more, that in the mouth of **two** or three **witnesses** every word may be established."

#### 2 Corinthians Chapter 13 verse 1

"1 This is the third *time* I am coming to you. In the mouth of **two** or three **witnesses** shall every word be established."

#### Hebrews Chapter 10 verse 28

"28 He that despised Moses Law died without mercy under **two** or three **witnesses**."

[emphasis added on each item above]

### Constitution of the United States of America, Amendment IV:

"The **right** of the people to be secure in their **persons, houses, papers,** and **effects, against unreasonable searches and seizures, shall not be violated**, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." [emphasis added]

### Title 18 U.S. Code § 2382- Misprision of Treason

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

RMJ-FEE-SCH-001

NON-NEGOTIABLE

"Whoever, owing allegiance to the United States and **having knowledge of the commission of any treason** against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, **is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven (7) years, or both."** [emphasis added]

**WHEREAS** a person with full knowledge of a potential harm, whether caused directly by the person or not, and that person is endowed the ability and/or duty to act upon the said knowledge in a way to avoid or otherwise mitigate the potential harm and fails to do said actions is liable for the inevitable harm caused and/or may be found negligent where there is a duty of care; and

**WHEREAS** it is a **fundamental principal of law** that nobody is above the law including but not limited to all government actors. The government immunity clause **only** applies to government actors when they are performing their actions of their office defined by their office **in good faith** and that the UNITED STATES SUPREME COURT has made a ruling regarding public officials being held liable for actions done or failure to perform required actions in the case of *MILLBROOK v. UNITED STATES*, **477 Fed. Appx. 4**, among others.

This International Commercial Claim / Lien within the Admiralty, Private Agreement and Disclosures, and Notice of Liability with all attachments comprises a **binding contract** between Respondents / Libellees and the Claimant / Libellant for the purpose of establishing the honorable terms of this Affidavit of Fee Schedule and Remedy and eliminating faulty assumptions. It is referred to herein as the Contract although it is an inland claim which, when perfected, will constitute a lien against the parties as described hereunder. The terms "you", "your", and "yours" refer to each Respondent named and yet to be named Respondents in this Contract individually and collectively. This Fee Schedule and Remedy supersedes any and all previous agreements, whether expressed or tacit, between the parties, et al.

**It is agreed upon that these fees shall be added together with standard compensation claims, and in all cases, the standard compensation shall also be due to me or any authorized trustee appointed for any and all breaches of this Contract, violations of domestic and international human rights, the U.C.C., and the Common Law.**

### Joining the Contract
You (Respondent) and the Claimant / Libellant agree that the joinder fee for any party not currently or previously named as a Respondent seeking the privilege of joining this Contract is hereby established at **$100,000** (one hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per each attempt / event of impairment.

**As with any administrative process**, you may rebut the statements and claims in this Contract by executing a verified response, point-by-point, with evidence that is certified to be true and in the form of a sworn affidavit and assuming full liability to be received by Claimant(s) by certified mail no later than 5:00 P.M. of the final date to respond given to you. Respondent and the Claimant(s) / Libellant agree that a response which is not verified or a response from a third party agent lacking first-hand knowledge of the facts will constitute your **failure to respond** as defined herein. If you fail to respond or to state a claim by the indicated Effective Date, the Affidavit of Fee Schedule and Remedy ("Contract") will become **binding** and fully enforceable in the admiralty venue as a maritime lien subject to levy, distraint, distress, certificate of exigency, impound, execution, and all other lawful and/or commercial remedies. The parties herein agree that failure to respond or insufficiency of response as defined herein constitutes agreement with all terms, provisions, statements, facts, claims, and fees within this Notice.

### "Qui tacet consentire videtur."

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading..." *U.S. v Tweel*, 550 F.2d 297, 299, (1977), quoting *U.S. v Prudden*, 424 F.2d 1021, 1032 (1970)

"When circumstances impose duty to speak and one deliberately remains silent, silence is equivalent to false representation..."
*Fisher Controls International, Inc. v. Gibbons*, 991 S.W.2d 135 (1995)

"When a person sustains to another a position of trust and confidence, his failure to disclose facts that he has a duty to disclose is as much a fraud as an actual misrepresentation..."
*Blanton v. Sherman Compress Co.*, 256 S.W.2d 884 (1953)

Silence activates estoppel pursuant to *Carmine v. Bowen*, 64 A. 932.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

RMJ-FEE-SCH-001

**U.C.C. § 2-201 -- Formal Requirements; Statutes of Frauds**

(1) Except as otherwise provided in this section, a contract for the sale of goods for the price of $500 or more is not enforceable by way of action or defense unless there is some writing sufficient to indicate that a contract for sale has been made between the parties and signed by the party against whom enforcement is sought or by his authorized agent or broker.

(2) Between merchants if within a reasonable time a writing in confirmation of the contract and sufficient against the sender is received and the party receiving it has reason to know its contents, it satisfies the requirements of subsection (1) against such party unless written notice of objection to its contents is given within ten (10) days after it is received.

**This Notice of Liability Regarding Trespass, Fee Schedule, and Remedy** constitutes the Claimant's / Libellant's administrative remedy, and if you fail to respond or fail to state a verified superior claim, you hereby agree that the Claimant / Libellant has exhausted his administrative remedy and has stated a claim upon which relief can be granted.

**If you fail to state a verified claim** by the Effective Date as described below, you agree that you have failed to and are forever barred from doing so by estoppel, exhausting your administrative remedy; therefore, Respondents can never seek judicial intervention regarding this Contract now or at any time in the future. Respondents forever waive all immunity now and in the future. **This Contract is giving due notice of suit in admiralty claims pursuant to Public Law 94 § 583, 90 Statutes at Large § 2892, and 28 U.S.C. 1605 and 1607 in regards to loss of immunity.**

The term "failure to respond" means your failure by the Effective Date to respond to this Contract or insufficiency of response as defined herein. You agree that your failure to respond conveys your agreement with all of the terms and provisions of this Contract. By failing to respond, the Respondents accept full liability for any and all harm or loss caused for which remedy may be sought according to tort law, criminal law, strict liability, negligence, and hazardous activities.

This Fee Schedule is effective from the date of being placed onto the Public Record and will initiate upon any failure to comply with any and all directives given to the Respondents by the Sovereign Beneficiary or by the receipt of any further unsolicited letters or communications including emails, calls, etc. from Respondents / agents / third parties, or in the event of any unlawful assault, death, killing, trespass, damages, perjury, libel, injury, loss or harm, or any other unlawful activities. In the case of your failure to pay any fees within thirty days of presentment of a True Bill, you agree that a right of lien exists against you subject to a levy of real property, distraint, distress, certificate of exigency, impound, execution, and all other lawful and commercial remedies.

# Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.

**This Contract is legally and lawfully binding and non-negotiable. This Contract is activated and subscribed to automatically by the Respondent(s) named in due course by all names of Respondents, agents, employees, individuals, third parties, and/or representatives thereof.**

The Respondents are entitled to a Notice of Default. In consideration, Respondent agrees to accept a Notice of Default as a Binding Administrative Judgment ("Judgment") certifying Respondent's agreement with all terms, statements, facts, provisions, claims and fees within this Affidavit of Fee Schedule and Remedy. Since Judgment is issued when a party waives the right to respond, **all parties to this Agreement agree to be bound in perpetuity by any and all such Judgments which may be issued regarding this Contract. Respondent cannot directly or indirectly seek recoupment of losses incurred due to any terms of this Contract.**

**All Rights Reserved Without Recourse. The Beneficiary reserves the right to alter this Fee Schedule at any time at the discretion of either party of the Sovereign Beneficiary, Master Richard-M: Jones for the** RICHARD JONES ℠ **Estate and any and all derivative names thereof.**

Please be advised that these are my fees only and that further compensation from your insurance bonding as well as liens on your personal assets will also be required should you harass or intimidate Me or my family. Failure to confirm ALL correspondence by wet ink signature and in writing only will be construed as your non-response and dishonor. All correspondence must be labeled with full names, titles, and the name and address of your office.

Failure to correctly identify and sign every document in wet ink that is sent by you will be used as evidence that you are not who you say you are, that you attempting to deceive the Sovereign Beneficiary, and that you are attempting to impersonate a Public Official contrary to law.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

RMJ-FEE-SCH-001

PRIVATE FEE SCHEDULE
NON-NEGOTIABLE

This is a Notice of Liability Regarding Trespass, Fee Schedule, and Remedy for Protection from Federal / State / County / City / Municipal / Corporate employees, individuals, and agents. I, **Richard-M: Jones**, holder of the office of the People in the State known as Texas or in any other State, am hereby, as a gesture of peace, giving proper notice to the STATE OF TEXAS or to any state / corporation, to the UNITED STATES CORPORATION, and to **all municipal, county, and city corporations and other STATE Corporations** of the following:

As a peaceful, natural person desiring to avoid conflict and to live lawfully with all of my freedoms, I am providing you with this **Affidavit of Fee Schedule and Remedy for Protection from Federal / State / County / City / Municipal / Corporate employees, agents, and individuals** as a courtesy to you and as a remedy should you decide to trespass upon Me or my Family. Failure to know or to obey any and all of your thousands of corporate regulations does not constitute a crime absent a victim, damaged property, or fraud (the *corpus delecti*).

If you should face a jury, you should know that the jury has sworn duty to judge the law and the facts, and the jury can provide just remedy for the People. In every criminal prosecution, it is necessary to establish the "*corpus delecti*" (i.e., the body or elements of the crime).

> "The *corpus delecti* consists of two elements- namely, (1) the injury or loss of harm; and (2) a criminal agency causing them to exist." (*People v. Frey*, 165 Cal. 140, 146 [131 P. 127]. *People v. Lopez*, etc.)

Please note that this Affidavit of Fee Schedule and Remedy for Personal Protection from Federal / State / County / City / Municipal / Corporate employees, agents, and individuals is just and modest and well below the precedent set by *Trezevant v. City of Tampa* wherein the damages established were $25,000 for 23 minutes of unlawful arrest. This particular remedy calculates to more than $1.8 million per day. The above is my Fee Schedule for all trespasses to be considered by a lawful jury of the People. Lawyer fees and other fees (including applicable late fees) are not included in this Fee Schedule.

The Unites States Supreme Court has stated the following in

*U.S. v. Cruikshank* (92 U.S. 542 at 551):

"... between the People of the United States, any resident within any state, or any other national that there need be no conflict between any of them. The powers which one possesses, the other does not. They are established for different purposes and have separate jurisdictions. Together, they make one whole and furnish the People of the United States with a complete government, ample for protection of all of their rights at home and abroad. It may sometimes happen that a 'person' is amenable to both jurisdictions for the same act. It is the natural consequence of a citizen which owes allegiance to two sovereignties and claims protection from both."

The citizen cannot complain because he/she has voluntarily submitted themselves to such a form of government. The opinion in this case is 100% correct as long as one is referring to the People of the United States.

## Neither I nor anyone from my family is of the UNITED STATES. We are of God, the Almighty Creator.

**Let it be clear that a People is not a person, and a person is not a People. True sovereignty is within the People who have all private rights, but citizens, on the other hand, are subjects (by their own voluntary choice) of the state government and of local and federal government corporations in exchange for privileges and civil rights.**

**Let it be clear that I am not a person / citizen / employee / subject of any corporation which cannot, under color of law, act as a lawful government. Let it be clear that we have only one Sovereignty, and that Sovereignty is God.**

### Guarantee and Waiver of Benefits

Guarantees for this Affidavit of Fee Schedule and Remedy are the 1611 King James Bible, the Coronation of Elizabeth Alexandra Mary  Windsor, the Constitution for the United States of America, the Bill of Rights, Constitutional Oaths of Office, the Common Law, the Merchant Law, the Uniform Commercial Code, and case law.

I do not claim any benefit of said Guarantees and are included solely as a reference to the law and conduct of named and unnamed Respondents. Bible references are from the King James Bible and are used due to the oaths being sworn upon it. The use of Bible references in this Affidavit of Fee Schedule and Remedy are for jurisdictional purposes only, and no adherence or non-adherence to any organized religious group including but not limited to registered corporate organizations on the part of the Affiants may be assumed.

Page 11 | 13

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

RMJ-FEE-SCH-001

NON-NEGOTIABLE

# Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.

It is written, "If they refuse to take the cup at thine hand to drink, then shalt thou say unto them, thus saith the Lord of hosts,
ye shall certainly drink." – Jeremiah 25:28

"Thy kingdom come, Thy will be done in earth, as it is in Heaven."
-Matthew 6:10

## NATURAL LAW

The Natural Law is that which God, the Sovereign over the world, has prescribed to man not by any formal promulgation but by the internal dictates of reason alone. It is discovered by a just consideration of the agreeableness of human actions to the nature of Man, and it comprehends all the duties which we owe either to the supreme being, to ourselves, or to our neighbors as reverence to God, self-defense, temperance, honor to our parents, benevolence to all strict adherence to our engagements, gratitude, and the like. In the Constitution for the United States of America, we find the 11th article, Amendment 9: "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the People."

## EVENT OF DEFAULT

Affected parties and people wishing to dispute the claims and truths made herein or to make their own claims upon Me must respond within **twenty-one (21) days** after service of this Notice of the action and request a Common Law court to empanel a Common Law Jury of twenty-five (25) indigenous free men to hear their case against Me. All responses must be signed and witnessed no later than **twenty-one (21) days** from the date of original service as attested to by way of certificate of service.

Failure to notify me and/or failure to register a dispute against this Lawful Notice made herein will always result in an automatic default judgment and permanent, irrevocable estoppel by acquiescence, barring the bringing of charges under any statute / regulation / act / code or legal action against Me, my family, or another People. Failure to honor this lawful Notice will make each of the People acting as federal / state / county / city / municipal / corporate employees liable for the sum of $50,000 in silver coin or its equivalent in Federal Reserve Notes plus my Fee Schedule, and such sum will be required to be paid to Richard-M: Jones upon your receipt of the Invoice and by its assigned due date. I, the undersigned affiant and attorney in fact for **RICHARD JONES TR©™**, authorize this affidavit using my autograph on this instrument

It is against the law for a Judge to summarily remove, to dismiss, to dissolve, or to diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a commercial lien.

### Trespass Upon Private Contract
Any collateral attack on this Contract is in bad faith and is a criminal trespass payable as prescribed in the above-stated Affidavit of Fee Schedule.

### All payments are to be made in Lawful Money pursuant to Title 12 USC § 411.

Further affiant sayeth not!

### All Rights Reserved, None Waived

### Without Prejudice

Respectfully submitted.

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

RMJ-FEE-SCH-001

PRIVATE FEE SCHEDULE
NON-NEGOTIABLE

I, Richard-M: Jones , herein affirm and declare under my unlimited commercial liability that I am competent to state the facts and of Lawful age to handle the matters set forth herein, that the aforementioned is true, correct, complete, not intended to be misleading and that all of the above is admissible as evidence and in accordance with my best first-hand knowledge, understanding, and belief.

Dated this _____ day of ____April____ in the Year 2025.





**Honorable Richard-M: Jones**
**Affiant, Executor, Sole shareholder, Director,**
**Attorney in Fact,**
**Sole Beneficiary,**
**Authorized Representative, *sui juris***

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ACKNOWLEDGMENT OF NOTARY

**LUBBOCK County**          )
                           ) ss.
**TEXAS Republic**          )

On the __2__ day of ____April____ , 2025, before me, Katlyn Lloyd , a Notary, personally appeared **Richard-M: Jones** known to me or proved to me on the basis of satisfactory evidence of identification to be the living, natural Man whose name is subscribed upon this instrument and acknowledged to me that they executed the same in their authorized capacity; and by their signatures on this instrument, Richard-M: Jones has acted on behalf of the person who executed this instrument.
NOTARY SIGNATURE: _Katlyn Lloyd_

My Commission Expires: _2/2/2027_



KATLYN LLOYD
Notary Public, State of Texas
Notary ID# 13418247-2
My Commission Expires 02-02-2027

It is not my intention to harass, to intimidate, to offend, to conspire, to blackmail, to coerce, or to cause anxiety, alarm, or distress. This document and attachments are presented with honorable and peaceful intentions and are expressly for your benefit to provide you with due process and a good faith opportunity to state a verified claim.

RMJ-FEE-SCH-001

**Commercial Ledger of Demands and Damages
In Support of Judicial Enforcement and Equity-Based Relief**

EX-J

**Claimant:** Richard-M: Jones
**Respondent:** Alliance Credit Union & Legal Counsel
**Court:** 72nd District Court, State of Texas
**Case Number:** DC-2024-CV-1593
**Filing Date:** April 2, 2025

---

## I. Claim Overview

This ledger outlines the lawful commercial and equitable damages incurred by the

Claimant, supported by:

- Unrebutted Affidavit of Truth

- Affidavit of Dishonor and Default

- Fee Schedule (Publicly filed and Noticed)

- Public Notices and Administrative Filings

- Failure to respond to Rule 36 Requests for Admissions

---

## II. Breakdown of Damages

1. **Daily Civil Penalty Damages under Federal Reserve Act Sec. 29**

    *$1,000,000/day from August 5, 2024 (Application*

    *#74934) to Present*

**Duration:** 240+ Days

**Total:** $240,000,000.00

2. **Second Application Denial (Application #79276, Dated October 2, 2024)**

**Duration:** ~190+ Days

**Total:** $190,000,000.00

3. **Tort Damages: Emotional Distress, Family Hardship, Business Loss, Transportation Loss**

**Assessed Value:** $4,000,000.00

4. **Reparations for Use of Security Interest / Trust Property Without Disclosure or Compensation**

**Assessed Value:** $6,000,000.00

5. **Commercial Affidavit Standing as Judgment – Non-Rebutted**

(3x Penalty Multiplier for Dishonor in Commerce)

**Assessed Enhancement:** +$120,000,000.00

## III. Total Claim for Enforcement

**$560,000,000.00** (Five Hundred Sixty Million U.S. Dollars)

## IV. Supporting Authority

- UCC §1-103 – Common Law and Equity Jurisdiction Applies

- UCC §1-308 – Reservation of Rights

- Federal Reserve Act Sec. 29 – Civil Penalty Enforcement

- Restatement (Third) of Trusts – §§ 84, 85 (Trustee Liability)

- Texas Rule 198.2 – Effect of Failure to Respond to Admissions

**Executed and Affirmed by: Richard-M: Jones**
Secured Party Creditor / Private Banker / Pro Se
Date: April 2, 2025

**Notary Acknowledgment**

State of Texas
County of Lubbock

On this ___2___ day of April, 2024, before me, the undersigned Notary Public,
personally appeared **Richard-M: Jones**, known to me (or satisfactorily proven) to
be the individual whose name is subscribed to the within instrument, and
acknowledged that he executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

Notary Public Signature: _Katlyn Lloyd_

Printed Name of Notary Public _Katlyn Lloyd_

My Commission Expires: _2/2/2027_



KATLYN LLOYD
Notary Public, State of Texas
Notary ID# 13418247-2
My Commission Expires 02-02-2027

**IN THE 72ND DISTRICT COURT**

**LUBBOCK COUNTY, TEXAS**

**RICHARD-M: JONES,**

**Plaintiff,**

**v.**

**ALLIANCE CREDIT UNION,**

**Defendant.**

**Case No.: DC-2024-CV-1593**

$EX - K$

## NOTICE TO THE COURT AND ALL INTERESTED PARTIES:

This filing is hereby placed on the public record to establish that the matters

concerning Richard-M: Jones and Alliance Credit Union have escalated beyond a

private dispute and are now recognized as a matter of **public interest**, **equitable**

**concern**, and **commercial harm** under equity, trust, and common law jurisdiction.

I, Richard-M: Jones, am acting as the real party in interest and the beneficiary of

the transactions in question, which involve unjust denial of access to a financial

remedy, concealment of internal records, potential unjust enrichment by the

institution, and failure to disclose material facts that directly impact my

commercial and private rights.

Despite multiple lawful requests for full ledger entries, internal accounting records,

and audit trails concerning my applications and pledged security interest (SSN:

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), Alliance Credit Union has continued to provide partial and insufficient documentation while evading full transparency.

The commercial injury, economic hardship, emotional toll, and deprivation of remedy caused by the prolonged concealment and refusal to release internal records have now risen to a level where the public and equity courts have a compelling interest in review, remedy, and restoration.

Furthermore, this matter falls within **trust law**, where the undersigned, as the beneficiary, asserts that a fiduciary duty was created via submitted applications and accompanying Power of Attorney, thereby imposing equitable duties upon the trustee (Alliance Credit Union). Their failure to act in good faith, disclose material information, or safeguard the interest of the beneficiary is a breach under both trust and fiduciary law.

Additionally, under **contract law**, the submission of the applications and acceptance of my personal and financial information formed a valid offer supported by consideration. The lack of full performance or disclosure of the contract's processing violates fundamental principles under **common law**, specifically Restatement (Second) of Contracts.

## THIS NOTICE SERVES TO:

1. **Invoke Equity Jurisdiction** where the law has failed to produce relief.

2. **Establish Public Interest** in this case, due to the nature of the financial harm, the concealment of institutional practices, and the risk posed to others similarly situated.

3. **Declare My Standing** as beneficiary and secured party in interest, entitled to full disclosure and lawful remedy under equity, commercial, trust, and constitutional principles.

4. **Demand Equitable Remedy and Reparation** from Alliance Credit Union, either through private settlement or formal equity proceedings.

5. **Preserve All Rights and Claims** to pursue public exposure, federal litigation, and equitable sanctions if remedy is not delivered.

Let the record also reflect that a **lawfully sworn Affidavit of Truth** was submitted into the original case record, stating that all debts are prepaid obligations of the United States and that my rights have been violated. That affidavit has not been rebutted. Under the maxim of equity and common law:

**"An unrebutted affidavit stands as truth in commerce."**

## MAXIMS OF EQUITY BEING INVOKED:

- **Equity regards as done that which ought to have been done.**

- **Equity will not suffer a wrong to be without a remedy.**

- **He who comes into equity must come with clean hands.**

- **Equity acts specifically and not by way of compensation.**

- **Silence is acquiescence when there is a duty to speak.**

Let the record reflect: this is no longer a quiet plea for justice. This is a **demand for lawful equity, commercial truth, and spiritual remedy.** The harm caused will be corrected, either cooperatively or through lawful force.

You may pay me now, or pay me and others even more later. Either way, the time for silence has ended.

Respectfully and lawfully submitted,

**Richard-M: Jones**
Private Banker / Pro Se / Beneficiary

thedreamer@bignrichdreams.com

No. DC-2024-CV-1593,

EX-L

72nd Judicial District Court, Lubbock County, Texas,

Hon. John C. Grace, Presiding

---

Richard-M: Jones,
Appellant,

v.

Alliance Credit Union,
Appellee.

---

## NOTICE OF CLAIM & LIEN

---

Richard-M: Jones
Appellant, Pro Se
6809 67th Street
Lubbock, Texas 79424
thedreamer@bignrichdreams.com
806-786-9783

EX-2

## NOTICE OF CLAIM AND LIEN

To: Alliance Credit Union/ Robert St Clair
From: Richard-Myron: Jones, Secured Party
Date: April 2, 2025
Subject: Public Notice of Claim and Commercial Lien

### RE: Affidavit of Truth, Fee Schedule, and Unrebutted Affidavit of Default and Dishonor

I, Richard-Myron: Jones, a living man and Secured Party Creditor, hereby place this NOTICE OF CLAIM AND LIEN into the public and commercial record against the legal entity doing business as Alliance Credit Union and its agents, officers, or representatives.

This claim arises from:

- Unrebutted Affidavit of Truth
- Unrebutted Fee Schedule
- Unrebutted Affidavit of Default and Dishonor
- Continuous and willful failure to respond, correct, or rebut commercial presentments

**Nature of Claim:** Due to ongoing commercial harm, fiduciary breach, and silence constituting acquiescence, I hereby establish a secured lien in the amount of **$172,000,000.00 (One Hundred Seventy-Two Million USD)** based on accrued penalties, damages, and outstanding obligations, as supported by my Fee Schedule and associated filings.

This lien is established under:

- UCC 1-308, 1-103, 3-501, 3-505
- Truth in Commerce Maxim: *"He who does not rebut, consents."*
- Federal Reserve Act Sec. 29 Civil Penalty Doctrine

This Notice of Claim and Lien shall remain in force until the obligation is discharged, settled, or rebutted point-for-point via sworn affidavit under penalty of perjury.

A copy of this Notice shall be mailed to all relevant parties and may be recorded via:

- Public notary witness
- Private or international record
- Digital publication
- Mailing to Secretary of State

**CERTIFICATION** I affirm under penalty of perjury that the foregoing is true, correct, and lawfully binding.

By: _____
Richard-Myron: Jones, Secured Party Creditor

C/O: [Insert Mailing Address]
Non-Domestic, Without the U.S.
All rights reserved. Without prejudice UCC 1-308

## NOTARY ACKNOWLEDGMENT

State of Texas
County of Lubbock

On this _2_ day of April, 2025 before me, the undersigned Notary Public, personally appeared
Richard-Myron: Jones, known to me (or satisfactorily proven) to be the living man whose name
is subscribed to the within instrument, and acknowledged that he executed the same for the
purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

Notary Public Signature: _Katlyn Lloyd_
Printed Name: _Katlyn Lloyd_
My Commission Expires: _2/2/2027_
Seal:



KATLYN LLOYD
Notary Public, State of Texas
Notary ID# 13418247-2
My Commission Expires 02-02-2027

**IN THE 72ND DISTRICT COURT**
**LUBBOCK COUNTY, TEXAS**

**RICHARD-M: JONES,**
Plaintiff,

v.

**ALLIANCE CREDIT UNION,**
Defendant.

**Case No.: DC-2024-CV-1593**

## PLAINTIFF'S MOTION TO IMPOSE A CONSTRUCTIVE TRUST OVER FINANCIAL ASSETS HELD BY DEFENDANT

### TO THE HONORABLE COURT:

COMES NOW, Plaintiff **Richard-M: Jones**, appearing **pro se**, and respectfully moves this Court to impose a **Constructive Trust** over financial assets wrongfully held by **Alliance Credit Union** in connection with Plaintiff's security interest and trust applications. Plaintiff states as follows:

## I. INTRODUCTION

1. **Defendant is wrongfully holding financial assets belonging to Plaintiff**, creating an equitable need for the imposition of a **Constructive Trust**.

2. Plaintiff submitted **valid security interests and trust applications** to Defendant, which Defendant has either **processed, recorded internally, or is wrongfully withholding**.

3. A **Constructive Trust is necessary** to prevent **unjust enrichment** and to **compel Defendant to fulfill its fiduciary duty**.

4. Plaintiff seeks a full **accounting of all transactions and records** linked to his security interest and financial applications.



## II. LEGAL BASIS FOR IMPOSING A CONSTRUCTIVE TRUST

5.  **Under Texas law, a Constructive Trust arises when a party wrongfully holds property or financial assets belonging to another.** (*Omohundro v. Matthews*, 161 Tex. 367, 341 S.W.2d 401 (1960)).

6.  **Restatement (Second) of Trusts § 126** – A constructive trust is imposed where a party has acquired title to property through fraud, breach of fiduciary duty, duress, or unjust enrichment.

7.  **Restatement (Third) of Restitution & Unjust Enrichment § 55** – A constructive trust is imposed when one party acquires an interest in property that, in good conscience, belongs to another.

8.  **Restatement (Second) of Trusts § 197** – A trustee is under a duty to the beneficiary to provide full disclosure of trust property, transactions, and records upon request.

9.  **Restatement (Third) of Restitution § 43** – If a party standing in a fiduciary relationship abuses their position to gain an advantage over the beneficiary, the court may impose a constructive trust to remedy the situation.

10. **Restatement (First) of Restitution § 160** – A person who has been unjustly enriched at the expense of another is under a duty to make restitution to the other.

11. **Equitable Maxim: "Equity regards as done that which ought to be done."** If Defendant accepted or internally processed Plaintiff's financial applications, Defendant must be legally bound to honor its obligations.

12. **Unjust Enrichment & Breach of Fiduciary Duty:** If Defendant has used, leveraged, or recorded Plaintiff's financial instruments without granting access, it has unjustly enriched itself and must be held accountable.

13. **Full Disclosure Requirement:** Defendant's refusal to release financial records is evidence of **concealment**, further justifying the need for a **Constructive Trust and accounting**.

## III. REQUEST FOR RELIEF

Plaintiff respectfully requests that this Court:

1. **Impose a Constructive Trust** over all financial instruments, securities, and applications submitted by Plaintiff to Defendant.
2. **Order Defendant to produce a full accounting** of all internal transactions related to Plaintiff's financial instruments.
3. **Declare Defendant a Trustee** over any financial interest it has wrongfully held or recorded in connection to Plaintiff's applications.
4. **Grant any additional relief** the Court deems just and proper in the interest of equity and fairness.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court **GRANT this Motion to Impose a Constructive Trust** and enforce fiduciary obligations upon Defendant to prevent further unjust enrichment and harm to Plaintiff.

Respectfully submitted,

**Richard-M: Jones**
Plaintiff, Pro Se
Thedreamer@bignrichdreams.com

EX-N

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
Richard M Jones 8067869783

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Richard M Jones
6809 67th Street
Lubbock, TX 79424-79424
USA

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**FILING NUMBER:** 23-0054164722
**FILING DATE:** 12/11/2023    02:08 PM
**DOCUMENT NUMBER:** 1313057980002
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **RICHARD JONES TRUST** | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1700 MERLIN** | **BAY CITY** | **TX** | **77414** | **USA** |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **Jones** | **Richard** | | **M** | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **6809 67th Street** | **Lubbock** | **TX** | **79424** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
Entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate;
RICHARD JONES TRUST in the Commercial Chamber under necessity to secure the
rights, title(s),interest and value therefrom, in and of the Root of Title from
inception, as well as all property held in trust including but not limited to
DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures,
Indentures, Accounts, and all the Pledges represented by same included but not
limited to the pignus, hypotheca, hereditaments, res, the energy and all
products derived therefrom nunc pro tunc, contracts, agreements, and signatures
and/or endorsements, facsimiles, printed, typed or photocopied of owner's name
predicated on the 'Straw-man.' Ens legis/Trust/Estate described as the debtor
and all property is accepted for value and is Exempt from levy. Lien places on
debtor entities is for all outstanding property still owed but not yet returned
to trust from entities such as municipalities, governments and the like , not on
trust entity itself. Trustee is not surety to any account by explicit
reservation/indemnification. The following property is hereby registered and
liened in the same: All Certificates of Birth Document 142-87-248128, SSN/UCC
Contract Trust Account-prepaid account Number:xxx-xx-xxxx;Exemption
Identification Number:xxxxxxxxx, is herein liened and claimed at a sum certain
$100,000,000.00, also registered: Security Agreement No.03201987-RMJ-SA, Hold
Harmless & Indemnity Agreement No.03201987-RMJ-HHIA, Copyright under item

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS**

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ▢

| | |
|---|---|
| OR | 9a. ORGANIZATION'S NAME **RICHARD JONES TRUST** |
| | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S) |

SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | |
|---|---|
| OR | 10a. ORGANIZATION'S NAME |
| | 10b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) |

SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ▢ ADDITIONAL SECURED PARTY'S NAME or ▢ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | |
|---|---|
| | 11a. ORGANIZATION'S NAME |

| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

no.:03201987-RMJ-CLC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Code. Trustee/Secured Party,is living flesh and blood sojourning upon the soil of the land known as Texas, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rel ad se non pertienti. All property currently held or outstanding

13. ▢ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

14. This FINANCING STATEMENT
▢ covers timber to be cut ▢ covers as-extracted collateral ▢ is filed as a fixture filing
16. Description of real estate:

17. MISCELLANEOUS:

**FILING OFFICE COPY**

EX-N1

# UCC FINANCING STATEMENT AMENDMENT
**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
Richard M Jones 8067869783

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Richard M Jones
6809 67th Street
Lubbock, TX 79424-79424
USA

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**FILING NUMBER:** 25-00145986
**FILING DATE:** 04/10/2025    05:42 PM
**DOCUMENT NUMBER:** 1469945170002
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a INITIAL FINANCING STATEMENT FILE NUMBER**
23-0054164722

**1b** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and also name of Assignor in item 9
For partial assignment, complete item 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes. This Change affects ☐ Debtor or ☐ Secured Party of record. AND Check one of these three boxes to:

☐ CHANGE name and/or address. Complete item 6a or 6b; and item 7a or 7b and item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b.

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR
6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME

OR
7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**8. COLLATERAL CHANGE:** Check only one box ☑ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

COLLATERAL ADDITIONAL STATEMENT FOR AMENDMENT:
This UCC-3 Amendment supplements and updates the original Financing Statement filed on 12/11/2023 under Filing No. 23-0054164722 with the Texas Secretary of State. This amendment incorporates and registers the Private Registered Indemnity Bond Number PRIB-9589071052702574346031, valued at $500,000,000.00 USD, as additional collateral backing the previously declared estate, trust, and commercial interests. Said bond is issued by RICHARD JONES TRUST and secured by the Trustee/Secured Party Creditor, Richard-Myron: Jones.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME

OR
9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
**Jones** | **Richard** | **M** |

**10. OPTIONAL FILER REFERENCE DATA:**
**Ucc 3 collateral Bonded addendum RJT**

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

**FOLLOW INSTRUCTIONS**

| 11. INITIAL FINANCING STATEMENT FILE NUMBER Same as item 1a on Amendment form |
|---|
| **23-0054164722** |

| 12. NAME of PARTY AUTHORIZING THIS AMENDMENT Same as item 9 on Amendment form | |
|---|---|
| OR | 12a. ORGANIZATION'S NAME |
| | 12b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S) |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

| 13a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):
This amendment reaffirms all original collateral, including but not limited to:

- All property, rights, titles, interest, hereditaments, energy, and pledges held in trust;
- All biological and genetic property (DNA, cDNA, fingerprints, retina scans, etc.);
- ALL CAPS NAME Estate and its trust res;
- Birth Certificate No. xxx-xx-8128, SSN/UCC Contract Trust Account No. xxx-xx-0585, prepaid exemption accounts, and Trust Credit Identifiers;
- Security Agreement No. 03201987-RMJ-SA and Hold Harmless Indemnity Agreement No. 03201987-RMJ-HHIA

This filing perfects the bonded indemnity structure and secures all instruments issued in relation to the trust, lien, and arbitration award. In accordance with House Joint Resolution 192 (HJR-192, June 5, 1933), this lien is subject to settlement and discharge through lawful private credit, and all obligations are legally dischargeable using bond-backed setoff. The Secured Party hereby exercises the right to settle all commercial obligations through this bonded equity remedy.

This amendment also perfects and secures the commercial lien previously filed against ALLIANCE CREDIT UNION, establishing bonded indemnity in accordance with UCC 9-607 and trust law. The collateral includes all claims, instruments, agreements, applications, defaults, commercial energy, dishonored notices, unrebutted affidavits, arbitration awards, and public/private records tied to Case Nos. DC-2024-CV-1593 and 07-25-00071-CV. This lien is now registered as bonded security under PRIB-9589071052702574346031, and enforced under equitable jurisdiction, HJR-192, and applicable commercial and trust remedies.

All rights reserved under UCC 1-201, 1-308, 3-419, 9-607, 10-104, 8-102, and applicable trust law.

| 15. THIS FINANCING STATEMENT AMENDMENT: | 17. Description of real estate: |
|---|---|
| ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing | |
| 16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest): | |

18. MISCELLANEOUS:

**FILING OFFICE COPY**

# Option 1 / Opción 1

**Declaration:** I declare under penalty of perjury that the foregoing is true and correct.

**Declaración:** Yo declaro bajo pena de perjurio que lo anterior es cierto y correcto.

➢ My name is / Mi nombre es

*Richard Jones*

➢ My date of birth is / Mi fecha de nacimiento es

03 , 20 , 1987

➢ My address is / Mi domicilio es

6809 67th St Lubbock TX 79424 U.S.

Street, city, zip, country
Calle y número, ciudad, estado, código postal, pais

➢ /s/ 

Signature
Firma

➢ 11 - 6 - 24

Date (month, day, year)
Fecha (mes, día, año)

➢ LUBBOCK TEXAS

County, state
Condado, estado



Richard - Myron: of the family Jones
E/Keuutor & Secured Party creditor
RICHARD JONES TR
C/O U809 67M
Lubbock, TX [79424]
Non-Domestic / Without the U.S.

PRIORITY
MAIL ★

TRACKED
INSURED

UNITED STATES
POSTAL SERVICE®

Domestic and International Use

Label 107R, May 2014

9569 0710 5270 2991 9487 95

Clerk of court
U.S. District Court - Northern
District of Texas
Lubbock Division
1205 Texas Avenue, Room 209
Lubbock, TX 79401

RECEIVED
APR 2 5 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RDC 03

Retail

U.S. POSTAGE PAID,
PM
LUBBOCK, TX 79490
APR 22, 2025

79401

$18.30
S2324N501770-10